UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JEROME SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1-15-0051 |
| v. ) | Senior Judge Haynes |
| ) | |
| RICHARD K. BURKS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 20) to dismiss this action without prejudice because of Plaintiff's failure to comply with the Magistrate Judge's previous Order (Docket Entry No. 16), requiring Plaintiff to file with the Court a written explanation showing cause for his failure to serve Defendant within 120 days after the filing of the Complaint or risk possible dismissal of this action. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, and this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 19th day of July, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge